UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INDICTMENT NO. CR205-43 |
| | ) | |
| v. | ) | VIO: *18 U.S.C. § 472* |
| | ) | Possession of Counterfeit Currency |
| | ) | With Intent to Defraud |
| ANTHONY D. STEVENS, | ) | |
| Defendant | ) | *18 U.S.C. § 2* |
| | ) | Aiding and Abetting |

## ORDER

Presently before the Court is the Government's Motion to Dismiss the Indictment against Defendant Anthony D. Stevens. After having been considered by the Court, the Government's Motion to Dismiss is GRANTED and it is thereupon ORDERED that the above styled Indictment be DISMISSED against Defendant Anthony D. Stevens.

This 11 day of July, 2006.

_____
HON. ANTHONY A. ALAIMO
JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA